FILED

2021 MAR 10 AM 11: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Armand       Legardy<br>USMS# _____ PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>2:21-mj-01055-DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: March 10, 2021 / 9:15 AM   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    18 USC 371;1028A(a)(1);1

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel:   ☒ No
    ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: VIVIAN C

10. Remarks (if any): _____

11. Name: ~~Micheal Dawson~~ SA MARCUS VAILE (please print)

12. Office Phone Number: ~~(909)841-841-1021~~ 213.304.0361

13. Agency: ~~U.S. Postal Service Office~~ US DOL-OIG

14. Signature: _____   15. Date: March 10, 2021

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION